UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER LACCINOLE, on behalf
Of himself and others similarly situated,

Plaintiff,

Case No. 2:26-cv-12813
Hon. Matthew F. Leitman

v.

SWIFT HOME LOANS, INC.,

Defendant.

---

**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT SWIFT INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**

NOW COME Plaintiff Christopher Laccinole ("Plaintiff") and Defendant Swift Home Loans, Inc. ("Swift"), by and through their respective undersigned counsel of record, and agree to extend the deadline for Defendant Swift Home Loans, Inc. to respond to Plaintiff's Complaint by thirty (30) days—i.e., until (and including) Thursday, October 8, 2026. In support of this Stipulation, the parties state as follows:

1. On August 11, 2026, Plaintiff filed his putative class action against Swift.
2. Plaintiff served his Complaint on Defendant Swift on August 18, 2026, and Defendant's initial deadline to respond to the Complaint is September 6, 2026.
3. Swift requested an extension of 30 days—until October 8, 2026—to respond to the Complaint in order for Swift to complete the factual investigation into

certain allegations in the Complaint, and to account for counsel's other business commitments during the intervening period.

4. There are currently no case management deadlines set in this matter. This is the first request for an extension, and it is made in good faith and not for purposes of the delay.

Accordingly, the parties stipulate, subject to the Court's approval, that Defendant Swift Home Loans, Inc. shall respond to the Complaint filed by Plaintiff Christopher Laccinole on or before Thursday, October 8, 2026.

SO STIPULATED:

**THE WEITZ FIRM, LLC**

*/s/ Max S. Morgan* (w/ consent)
Max S. Morgan, Esq.
1515 Market Street #1100
Philadelphia, PA 19102
(267) 587-6240
Max.morgan@theweitzfirm.com

George T. Blackmore (#76942)
BLACKMORE LAW PLC
31800 Northwestern Hwy
Suite 350
Farmington Hills, MI 48334
(888) 835-2993
george@blackmore.law

*Counsel for Plaintiff*

Dated: September 4, 2026

**FOLEY & LARDNER, LLP**

*/s/ Irina N. Kashcheyeva*
Irina N. Kashcheyeva (P72575)
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
(313) 234-7100
ikashcheyeva@foley.com

*Counsel for Defendant Swift Home Loans, Inc.*

Dated: September 4, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER LACCINOLE, on behalf
Of himself and others similarly situated,

Plaintiff,

Case No. 2:26-cv-12813I
Hon. Matthew F. Leitman

v.

SWIFT HOME LOANS, INC.,

Defendant.

---

**ORDER EXTENDING DEADLINE FOR DEFENDANT SWIFT HOME LOANS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**

Based on the stipulation between the parties, and with good cause appearing for the same,

**IT IS HEREBY ORDERED** that Defendant Swift Home Loans, Inc. shall have until Thursday, October 8, 2026, to answer or otherwise respond to the Complaint filed by Plaintiff Christopher Laccinole.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 4, 2026