UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER LACCINOLE,

Plaintiff,

Case No. 26-cv-12813
Hon. Matthew F. Leitman

v.

SWIFT HOME LOANS, INC.,

Defendant.

______________________________________/

**ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT**

On August 11, 2026, Plaintiff Christopher Laccinole filed this putative class action against Defendant Swift Home Loans, Inc. (*See* Compl., ECF No. 1.) In his Complaint, Laccinole alleges that Swift Home Loans violated the Telephone Consumer Protection Act and the Texas Business and Commerce Code. (*See id.*) Swift Home Loans has now filed a motion to dismiss Laccinole's claims pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 6.) One of the bases for dismissal is that Laccinole has failed to plead sufficient facts in support of at least some of his claims. (*See id.*)

Without expressing any view regarding the merits of the motions to dismiss, the Court will grant Laccinole the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in his claims identified by Swift Home

Loans in the motion to dismiss. The Court does not anticipate allowing Laccinole another opportunity to amend to add factual allegations that he could now include in a First Amended Complaint. Simply put, this is Laccinole's opportunity to allege any and all additional facts, currently known to him, that may cure the alleged deficiencies in his claims.

By **November 9, 2026**, Laccinole shall file a notice on the docket in this action notifying the Court and Swift Home Loans whether he will be filing a First Amended Complaint. If Laccinole provides notice that he will be filing a First Amended Complaint, he shall file that amended pleading by no later than **November 23, 2026**. If Laccinole provides notice that he will not be filing a First Amended Complaint, he shall file a response to the pending motion to dismiss by no later than **November 23, 2026**.

Finally, if Laccinole provides notice that he will be filing an amended pleading, the Court will terminate the motion to dismiss without prejudice as moot. Swift Home Loans may re-file a motion to dismiss directed at the First Amended Complaint if it believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 26, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 26, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126