UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER LACCINOLE,

Plaintiff,

Case No. 26-cv-12813
Hon. Matthew F. Leitman

v.

SWIFT HOME LOANS, INC.,

Defendant.

_______________________________________/

**ORDER TERMINATING DEFENDANT'S MOTION TO DISMISS (ECF No. 6) WITHOUT PREJUDICE**

On August 11, 2026, Plaintiff Christopher Laccinole filed this putative class action against Defendant Swift Home Loans, Inc. (*See* Compl., ECF No. 1.) In his Complaint, Laccinole alleges that Swift Home Loans violated the Telephone Consumer Protection Act and the Texas Business and Commerce Code. (*See id.*) Swift Home Loans thereafter filed a motion to dismiss Laccinole's claims pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 6.)

On October 26, 2026, without expressing any view regarding the merits of the motions to dismiss, the Court issued an order granting Laccinole the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in his claims identified by Swift Home Loans in the motion to dismiss. (*See* Order, ECF No. 7.) The Court further told the parties that if Laccinole provided notice that he

intended to file an amended pleading, the Court would terminate Swift Home Loans' motion to dismiss without prejudice as moot. (*See id.*)

On November 9, 2026, Laccinole filed a notice with the Court that he intends to file a First Amended Complaint. (*See* Notice, ECF No. 8.) Based on Laccinole's notice, the Court **TERMINATES** Swift Home Loan's motion to dismiss (ECF No. 6) **WITHOUT PREJUDICE** as moot. Swift Home Loans may re-file a motion to dismiss directed at the First Amended Complaint if it believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126